UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 11 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

_____Charles Lee Neal II_____           _____

___testose nore Chles L Neal JR AND___    _____

_____Chles Lee Neel JR_____             _____

_____                    _____

(Enter above the full name of the plaintiff        (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                    CIVIL ACTION NO. __3:24-cv-00494__
                              (Number to be assigned by Court)

___Western Regional Jail   Administrator Col Aldridge___

___State of West Virginia   Kyle Pierce___

___Sgt Tyler Deveere___

___Steve Tubeth_____Governor J. Justice___

(Enter above the full name of the defendant
or defendants in this action)

## **COMPLAINT**

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____          No __✓__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

Plaintiffs: _____NONE_____

_____

_____

Defendants: _____None_____

_____

_____

2.  Court (if federal court, name the district; if state court, name the county);

_____None_____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

_____No_____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____No_____

6.  Approximate date of filing lawsuit: _____never_____

7.  Approximate date of disposition: _____never_____

2

II. **Place of Present Confinement:** _____

    A.    Is there a prisoner grievance procedure in this institution?

            Yes _____      No ✓

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

            Yes _____      No ✓

    C.    If you answer is YES:

        1.    What steps did you take? __none__

        2.    What was the result? __none__

    D.    If your answer is NO, explain why not: __filed to magistrate court on a registered civil complaint__

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: __Childs, Lee Neil II__

        Address: __PJG Sharpe hospital road Villen R Sharpe Hospital Weston WV 26452__

    B.    Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: ~~State of West of West Virginia Guard~~ Steve Talbett

is employed as: residtrch

at New County

D. Additional defendants: Tyler Deveese    State of West Virginia

    Governor    Western Regional JAIL

    Jim Justice    Administrativ

    Col Blrildge

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

12-4-2023 residtrch Steve Talbett hed pat on a arresignment form Charles Lee Neal JR and a Wv Code 61-2-1 with S crimes inc vidicle, which the name Charles Lee Neal JR ves on clour not the right name firm by a State ID and no warrent process right it vers warrentless arrest and of couh the finger prints went right because of cuclives and no time of arrival right and also the Wv Code I shold coned right and I will get to that but the dete is all they had on the time of crival and no specific tire by a crinivil ceplaint.

IV. **Statement of Claim (continued):**    A full Release.

No ware Right Charles Lee Need JR instead of Charles Lee Neil II en 12-10-2023 up to back in date on a 12-9-2023 incident of notice of arrival by cu off us on OF the Right as I will define what be 6-1-21 stated in the way Litigating murder by poison giving in heil starving er by a willful and deliberate or premeditated killing or in the commission to attempt to commit arson kidnapping Sexual assault Robbery burglary breaking & entering escape from lawful custody or manufacturing and delivering a controlled substance define in article four chapter sixty of this code is murder in the first degree which plainly is Sexual NA Article not legislation of the Legislature. And that is 6-1-21 and incorrect. Also this is messing up Each Count and they cite here Christopher brown at Western Regional

V. **Relief**    I'm Litigating for under this bad the Code of Crime me 6-1-21.
It is a full blown hostage under the Courts and Western Regional Jail.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

~~Put put in~~ I want A settlement.

the Court to reward $60,000 dollars

5

V.   Relief (continued)):

_full independence and privacy_

_has to state Release under grounds of mistake not just a mistake._

VII.  Counsel

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_Charles Lee Neel II_

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____   No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: _____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____   No __✓__

6

If so, state the lawyer's name and address:

_____

_____

Signed this __8th__ day of __September__, 20__24__.

_____

_____

_____

_____Chelsea M T_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____Chelsea M T_____.
                       (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7