OFFICE OF THE
MENTAL HEALTH OMBUDSMAN

WILLIAM R. SHARPE, JR. HOSPITAL
PATIENT GRIEVANCE FORM

**PATIENT NAME:** Charles Lee Neal II

**DATE FILED:** _____

**UNIT:** _____

**GRIEVANCE#:** _____

Check all that apply regarding your grievance.
- ☐ Abuse/Neglect
- ☐ Communication (mail, phone, visits)
- ☐ Discharge/Transfer
- ☐ Environment (temperature, etc.)
- ☐ Exercise (outdoors, recreation, music)
- ☐ Food
- ☐ Items (clothing, etc.)
- ☐ Living area (bedroom, bathroom)
- ☐ Other Patients
- ☐ Rights
- ☐ Staff/Doctors
- ☐ Treatment Team/Groups

**Describe what happened to you. How and when did this happen?**

I need my Seboxin I have been on a contract for quite sometime and I was incarcerated at Western Regional Jail and got it for 9 motto months thank you Charles Lee Neal II.

**Which staff have helped you resolve this issue? What did they try doing?**

Patient Grievance Form

Revised: 2/2024

**OFFICE OF THE
MENTAL HEALTH OMBUDSMAN**

**WILLIAM R. SHARPE, JR. HOSPITAL
PATIENT GRIEVANCE FORM**

Date Received: _____  Date Resolved: _____

| Hospital staff's written final resolution to the grievance: Include what steps were taken, and if it requires a follow-up with additional staff or agencies, please include that staff or agency's response. |
|---|
|  |

Hospital Staff's Printed Name: _____  Signature: _____

**Patient's Response to the resolution:**

Was this resolution satisfactory?  ☐ Yes  ☐ No   If No, please write comments below:

Patient's Signature: _____  Date response was given: _____

Do you wish to appeal the decision to the Mental Health Ombudsman?    ☐ Yes   ☐ No

If yes, this grievance will be sent to the Office of the Mental Health Ombudsman (MHO) through email by staff. The recommendation of the appeal response will be sent to the hospital administration and the complainant. If you have any questions about the process, you may call the MHO at 304-558-2159.

Patient Grievance Form                                                         Revised: 2/2024