SEP 2 6 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

This is Charles Lee Neal II in Reference to case Number's
3:24 cv-00493 and 3:24cv-00494 pursuant to supramore of this
situation in support of what was filing as there was three matters
and the first there was two second offense Domestic Battery which can't
happen and I got two six month sentences running
concurrent and with 50 percent good time I was suppose to
been out from 2-15-21 to 5-15-21 and I did 96 days from
2-15-21 to 5-21-21 and a bad warrant code also on 5-30-2020
it had a illegitimate warrant code and the Lettering was messed up
it stated 61-2-28 (a) (1) and 1days over which there wasn't a right
name either on one of those capes ~~~~~~~~~ 20M2GM00482
and 11M2GM00108 on this one there was put a fiscal name
of Mine it was Charles Lee ~~Neal~~ Neal JR which is not my fiscal
name my fiscal name is Charles Lee Neal II and it was in a
pale with fingerprint on a state Identification Right
then there was the second set of matters on the first Criminal
complaint there was Sgt Deveese 12-9-2023 there was a Mellowsteen
wounding and no ~~first~~ fiscal name right it was Charles Lee Neal
JR and a bad warrant process there was warrantless arrest and no
time of arrival or arrest which is very important when you shot here a
guy but by a statue and clear it was the most important thing in law
not by a state ID AND the state on a commitment order was R010-2023
not even the right Date matching the arrest of the criminal complaint
of 12-9-2023 and also a bad warrant code of either me 61-2-1
or a murder that had a bad name as well and with tapering order
it was 12-8-2023 and Charles L Neal JR not again but on the warrant
it had ~~the~~ Gations in a warrant code of murder and it went
Right it stated murder by Poison Lying in wait Starving other
Any willful and deliberate or Premeditated Killing or to attempt to
commit arson Kidnapping sexual assault Robbery burglary breaking
entering or escape from lawful custody or manufacturing And
Delivering a controlled substance ~~defined~~ in article
Four chapter sixty of this code is murder in the first Degree →

SEP 2 6 2024

AUB Alex I ~~so~~ will bring to your attention next is Christopher Brown with a bad Wic Code of 61-2-1 ~~Abad~~ Wic Code of the same thing A crimes inc Wic code Murder by Poison Lying in Weit starving or by any willful and deliberate or Premeditated Killing or in the commission attempt to commit crsa kidnapping sexual assault Robbery burglary breaking & entering or escape from lawful custody or manufacturing + delivering a controlled substance Defined in ~~article~~ article four chapter sixty of this ~~state~~ Code is Murder in the first degree no it is not a Wic Code Right in ethics nothing to do with the Defined case. Read carefully & crosss nothing in ethics Right.

Thank you Charle Lee Wil II